**Yankwitt**
LLP         140 Grand Street · Suite 705 · White Plains · New York · 10601 · (914) 686-1500 phone · (914) 801-5930 fax · www.yankwitt.com

Russell M. Yankwitt
Kathy S. Marks
Dina L. Hamerman
*George C. Godfrey

———————

Alicia A. Tallbe
Sarah A. Sulkowski
Jesse M. Kantor
Craig M. Cepler

*Admitted NJ only

April 16, 2018

**By ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  *Eugene Duncan v. Cathay General Bancorp, d/b/a Cathay Bank*
      Case No.: 1:18-cv-00998

Dear Magistrate Judge Kuo:

   We represent defendant Cathay General Bancorp, d/b/a Cathay Bank ("Defendant").  We write to seek an additional extension of time from April 16, 2018, to May 16, 2018 to respond to the Complaint.

   This is Defendant's second request for additional time to respond to the Complaint, and Plaintiff consents to an extension of time.  We apologize for the late notice of this request, but Defendant has been reviewing materials provided by Plaintiff in an effort to resolve the instant dispute absent further Court intervention and remains hopeful that the parties will be able to settle this matter in the near term.  We will keep the Court apprised as to those efforts and promptly inform the Court if a settlement is reached.

   We thank the Court for its consideration of this request.


        Respectfully submitted,

        YANKWITT LLP


   By:  _____
        Russell M. Yankwitt


cc:  All counsel of record (by ECF)


{00094235 1 }